**Order entered November 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01374-CV

## IN RE QUESTCARE INTENSIVISTS, PLLC AND DAVID A. BRICKEY, D.O., Relators

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05533-A**

## ORDER

Before the Court is real party in interest Viktor Koleychik's unopposed motion for extension of time to file a response to the petition for writ of mandamus. We **GRANT** the motion. Real party in interest Viktor Koleychik and respondent shall file their responses, if any, on or before December 3, 2015.

/s/　　MOLLY FRANCIS
　　　　JUSTICE